## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO. 0:26-cv-60033-EA

**Julithsa Tellez Ortega,**

     Plaintiff,

v.

**Nour Thai, LLC,**
**Edric V. Espinoza,**

     Defendants.

_____/

### ORDER REFERRING CERTAIN MATTERS TO THE MAGISTRATE JUDGE

This cause comes before the Court upon sua sponte review of the record. It is **ORDERED**

**AND ADJUDGED**:

1. All non-dispositive matters shall be referred to Magistrate Judge Panayotta Augustin-Birch

   for disposition.

2. All dispositive matters shall be referred to Magistrate Judge Augustin-Birch for a report

   and recommendation.

**ORDERED** in Chambers in West Palm Beach, Florida, this 8th day of January 2026.

_Ed Artau_
_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

CC:

**Samuel Gregorio Gonzalez**
FairLaw Firm
135 San Lorenzo Ave
Unit 770
Coral Gables, FL 33146

305-230-4884
Email: samuel@fairlawattorney.com

**Brian Howard Pollock**
FairLaw Firm
135 San Lorenzo Ave
Suite 770
33146
Coral Gables, FL 33146
305-230-4884
Fax: 305-230-4844
Email: brian@fairlawattorney.com