UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60033-ARTAU/AUGUSTIN-BIRCH

JULITHSA TELLEZ ORTEGA,

    Plaintiff,

vs.

NOUR THAI, LLC D/B/A
NOUR THAI KITCHEN AND
EDRIC V. ESPINOZA,

    Defendants.
_____/

## **NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

    Samuel Gonzalez, Esq., of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Julithsa Tellez Ortega, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address/email address.

    Dated this 8th day of January 2026.

                                                    s/Samuel Gonzalez, Esq.
                                                    Samuel Gonzalez, Esq.
                                                    Fla. Bar No. 1011323
                                                    samuel@fairlawattorney.com
                                                    FAIRLAW FIRM
                                                    135 San Lorenzo Avenue
                                                    Suite 770
                                                    Coral Gables, Florida 33146
                                                    Tel:    305.230.4884
                                                    *Counsel for Plaintiff*