UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60033-ARTAU/AUGUSTIN-BIRCH

JULITHSA TELLEZ ORTEGA,

    Plaintiff,

vs.

NOUR THAI, LLC D/B/A
NOUR THAI KITCHEN AND
EDRIC V. ESPINOZA,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, NOUR THAI, LLC D/B/A NOUR THAI KITCHEN**

    Plaintiff, Julithsa Tellez Ortega files the Return of Service on Defendant, Nour Thai, LLC d/b/a Nour Thai Kitchen (served on January 9, 2026).

    Dated this 12th day of January 2026.

                                                    s/Samuel Gonzalez, Esq.
                                                    Samuel Gonzalez, Esq.
                                                    Fla. Bar No. 1011323
                                                    samuel@fairlawattorney.com
                                                    FAIRLAW FIRM
                                                    135 San Lorenzo Avenue
                                                    Suite 770
                                                    Coral Gables, Florida 33146
                                                    Tel:    305.230.4884
                                                    *Counsel for Plaintiff*