# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:26-CV-60033-EA

Plaintiff:
**JULITHSA TELLEZ ORTEGA**

vs.

Defendant:
**NOUR THAI, LLC d/b/a NOUR THAI KITCHEN AND EDRIC V. ESPINOZA**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 8th day of January, 2026 at 1:06 pm to be served on **NOUR THAI, LLC c/o William S. Manthy, its Registered Agent, 510 38th Street, West Palm Beach, FL 33407**.

I, Wayne Pollick, do hereby affirm that on the **9th day of January, 2026** at **7:20 am, I:**

served a **Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **William S. Manthy** as **Registered Agent** for **NOUR THAI, LLC**, at the address of: **510 38th Street, West Palm Beach, FL 33407**, and informed said person of the contents therein, in compliance with Florida statute 48.062

**Description** of Person Served: Age: 60+, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 190, Hair: Gry, Glasses: Y

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

Wayne Pollick
Process Server CPS #856

Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321

Our Job Serial Number: NAY-2026000021